**THORPE SHWER, P.C.**
William L. Thorpe (Arizona Bar No. 005641), *Pro Hac Vice* motion to be filed
Tyler J. Grim (Arizona Bar No. 031300), *Pro Hac Vice* motion to be filed
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com
Email:  tgrim@thorpeshwer.com

**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 West Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email:  rfinch@messner.com

**Attorneys for Defendants
J.B. Hunt Transport Inc. & Orlanda Johnson**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN GARCIA-CHAVEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>J.B. HUNT CORP., J.B. HUNT TRANSPORT, INC., ORLANDA JOHNSON, and DOES I through X; and ROE CORPORATIONS II through XX, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:18-cv-00040<br><br>**CERTIFICATION AS TO INTERESTED PARTIES FILED BY DEFENDANTS** |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEVADA AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants J.B. Hunt Corp. and J.B. Hunt Transport, Inc., hereby certifies that to their knowledge, both J.B. Hunt Corp. and J.B. Hunt Transport, Inc. are subsidiaries of J. B. Hunt Transport Services, Inc.

/ / /

{02663714 / 1}

9004294

1  There are no other known interested parties other than those identified.

2  DATED this 9th day of January, 2018.

THORPE SHWER, P.C.

By */s/ William L. Thorpe*
   William L. Thorpe
   Tyler J. Grim

MESSNER REEVES LLP

By */s/ William L. Thorpe*
   Renee M. Finch

Attorneys for Defendants
J.B. Hunt Transport, Inc. & Orlanda Johnson

{02663714 / 1}
9004294

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of MESSNER REEVES LLP, and that on this 9th of January, 2018, I served and filed a true and correct copy of the foregoing **CERTIFICATION AS TO INTERESTED PARTIES FILED BY DEFENDANTS** to all parties by the Court's electronic service system.

Jacob S. Smith
Breanna K. Hartmann
Henness & Haight, Injury Attorneys
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
**Attorneys for Plaintiff**

*/s/ Bonnie O'Laughlin*
An Employee of MESSNER REEVES LLP

{02663714 / 1}
9004294

3