**STDM**
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
BREANNA K. HARTMANN, ESQ.
Nevada Bar No. 13889
HENNESS & HAIGHT, INJURY ATTORNEYS
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
jake@hennessandhaight.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

CRISTIAN GARCIA-CHAVEZ,

        Plaintiff,

vs.

J.B. HUNT TRANSPORT, INC., and
ORLANDA JOHNSON, et.al

Case No.: 2:18-cv-00040-JCM-VCF

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees. There are no hearings presently set before the Court.

DATED this 26 day of April, 2019.

DATED this 3rd day of ~~April~~ May, 2019.

**HENNESS & HAIGHT**

By: _____
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148

**THORPE SHWER, P.C.**

By: _____
WILLIAM L. THORPE, ESQ.
Arizona Bar No. 005641 (Pro Hac Vice)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441

O R D E R

HEREBY ORDERED this _____ day of April, 2019.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted:

HENNESS & HAIGHT

_____
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
8972 Spanish Ridge Avenue
Las Vegas, NV  89148
Attorney for Plaintiff