JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
BREANNA K. HARTMANN, ESQ.
Nevada Bar No. 13889
HENNESS & HAIGHT, INJURY ATTORNEYS
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
jake@hennessandhaight.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN GARCIA-CHAVEZ, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No.: 2:18-cv-00040-JCM-VCF |
| J.B. HUNT TRANSPORT, INC., and ORLANDA JOHNSON, and DOES I through X; and ROE CORPORATIONS II through XX, inclusive, | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF SETTLEMENT AGREEMENT

Plaintiff CRISTIAN GARCIA-CHAVEZ hereby voluntarily withdraws the Settlement Agreement filed on May 13, 2019 as Document No.27.

DATED this 13 day of May, 2019.

HENNESS & HAIGHT

_____
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 862-8200
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that I am an employee of HENNESS & HAIGHT and that on the 13th day of May, 2019, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF SETTLEMENT AGREEMENT** was served via electronic means upon the following counsel of record:

**MESSNER REEVES LLP**
Renee Finch (Nevada Bar No. 13118)
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*

**THORPE SHWER, P.C.**
William L. Thorpe (Arizona Bar No. 005641)
Tyler J. Grim (Arizona Bar No. 031300)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: tgrim@thorpeshwer.com

_____
An employee of Henness & Haight