**STDM**
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
BREANNA K. HARTMANN, ESQ.
Nevada Bar No. 13889
HENNESS & HAIGHT, INJURY ATTORNEYS
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
jake@hennessandhaight.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN GARCIA-CHAVEZ,<br><br>    Plaintiff,<br>  vs.<br><br>J.B. HUNT TRANSPORT, INC., and<br>ORLANDA JOHNSON, et.al | Case No.: 2:18-cv-00040-JCM-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

///

///

///

///

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees. There are no hearings presently set before the Court.

DATED this 11th day of September, 2019.        DATED this 11th day of September, 2019.

**HENNESS & HAIGHT**                                    **THORPE SHWER, P.C.**


By: __/s/ Jacob S. Smith__                              By: ___/s/ William L. Thorpe__
JACOB S. SMITH, ESQ.                                    WILLIAM L. THORPE, ESQ.
Nevada Bar No. 10231                                    Arizona Bar No. 005641 (Pro Hac Vice)
8972 Spanish Ridge Avenue                               3200 North Central Avenue, Suite 1560
Las Vegas, Nevada 89148                                 Phoenix, Arizona  85012-2441


**ORDER**

HEREBY ORDERED this _____ day of September, 2019.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted:

HENNESS & HAIGHT


  /s/ Jacob S. Smith
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
8972 Spanish Ridge Avenue
Las Vegas, NV  89148
Attorney for Plaintiff